

United States District Court
Southern District of Texas
FILED

SEP 0 4 2012

David J. Bradley, Clerk of Court

Appendix A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
_Houston_ DIVISION

_REGINALD J. HUNTER_ §
§
versus §  CIVIL ACTION NO. _____
§
_DEPARTMENT OF_ §
_AGING AND_ §
_DISABILITY SERVICES_ §

## EMPLOYMENT DISCRIMINATION COMPLAINT

1. This action is brought under Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is conferred by Title 42 United States Code, Section § 2000e-5.

2. The Plaintiff is: _REGINALD J. HUNTER_

   Address: _7914 BROOKSIDE_
   _PEARLAND, TEXAS 77541_

   County of Residence: _Brazoria_

3. The defendant is: _DEPARTMENT OF AGING_

   Address: _AND DISABILITY SERVICES_
   _5425 POLK STREET, Suite 290 Houston Tx 77023_

   ☑ Check here if there are additional defendants. List them on a separate sheet of paper with their complete addresses.

4. The plaintiff has attached to this complaint a copy of the charges filed on _Nov 10, 2011_ with the Equal Opportunity Commission.

5. On the date of _June 6, 2012_, the plaintiff received a Notice of Right to Sue letter issued by the Equal Employment Opportunity Commission; a copy is attached.

6. Because of the plaintiff's:

(a) ☑ race

(b) ☐ color

(c) ☐ sex

(d) ☐ religion

(e) ☐ national orgin,

the defendant has:

(a) ☐ failed to employ the plaintiff

(b) ☐ terminated the plaintiff's employment

(c) ☐ failed to promote the plaintiff

(d) ☑ other: Differential Treatment based on Race; Verbal Abuse, Management by intimidation, Termination Threats And Subjected to Racist Comments

7. When and how the defendant has discriminated against the plaintiff: First five & half years of being employed with the Department of Aging And Disability Services. Differential Treatment based Race.

8. The plaintiff requests that the defendant be ordered:

(a) ☐ to stop discriminating against the plaintiff

(b) ☐ to employ the plaintiff

(c) ☐ to re-employ the plaintiff

(d) ☐ to promote the plaintiff

(e) ☑ to <u>Prove to the courts, that steps have been taken to Re-train Managers and pay 25% of the initial Settlement Requested in Mediation</u> and that;

(f) ☑ the Court grant other relief, including injunctions, damages, <u>costs</u> and attorney's fees.

_____
(Signature of Plaintiff)

Address: 7914 Brookside
Pearland, TX 77581

Telephone: 281-217-9906

Additional Defendant List:

**Larry Beauvais**- Residential Address 2424 Westgate Houston, Texas 77098

Former Employer: Department of Aging and Disability Services

Resignation Date: January 31, 2012

Job Description: Program Manager/Life Safety Code

5425 Polk St. Houston, Texas 77023

**Samantha Gotsdiner**

Employer: Department of Aging and Disability Services

Job Description: Manager/Enforcement Coordinator

5425 Polk St. Houston, Texas 77023